UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No.: 3:18-cv-_____ [    ] |
| | : | |
| ONE (1) 2013 CADILLAC SRX BEARING VIN | : | |
| 3GYFNGE39DS559742; ONE (1) 2006 TOYOTA | : | |
| TACOMA CREW CAB BEARING VIN | : | |
| 5TELU42NX6Z228095; ONE (1) 2006 NISSAN | : | |
| XTERRA S BEARING VIN | : | |
| 5N1AN08W76C513148; $10,220.00 IN UNITED | : | |
| STATES CURRENCY; $1,950.00 IN UNITED | : | |
| STATES CURRENCY; AND ONE (1) ROCK | : | |
| ISLAND ARMORY 1911 .45 CALIBER | : | |
| SEMI-AUTOMATIC PISTOL BEARING SERIAL | : | |
| NUMBER 1479960, | : | |
| | : | |
| Defendants. | : | |
| | : | |
| [CLAIMANTS: ELIZABETH MORALES; CESAR | : | |
| A. MORALES; AND DULCE A. QUEZADA] | : | April 30, 2018 |

## VERIFIED COMPLAINT OF FORFEITURE

Plaintiff, United States of America, by and through its attorneys, John H. Durham, United States Attorney for the District of Connecticut, and John B. Hughes, Assistant United States Attorney, brings this complaint and alleges as follows in accordance with Supplemental Rule G(2) of the Federal Rules of Civil Procedure:

## NATURE OF THE ACTION

1.     This is an action to forfeit and condemn to the use and benefit of the United States of America the following property: One (1) 2013 Cadillac SRX bearing VIN 3GYFNGE39DS559742 ["Defendant Cadillac"]; One (1) 2006 Toyota Tacoma Crew Cab bearing VIN 5TELU42NX6Z228095 ["Defendant Toyota"]; One (1) 2006 Nissan Xterra S

bearing VIN 5N1AN08W76C513148 ["Defendant Nissan"]; $10,220.00 in United States currency; $1,950.00 in United States currency; and One (1) Rock Island Armory 1911 .45 Caliber semi-automatic pistol bearing serial number 1479960 ["Defendant Firearm"] for violations of 18 U.S.C. § 981(a)(1)(C), 21 U.S.C. §§ 881(a)(4) and (a)(6), and 21 U.S.C. § 924(d).

THE DEFENDANTS IN REM

2.     The Defendant Cadillac is One (1) 2013 Cadillac SRX bearing VIN 3GYFNGE39DS559742, registered to the Claimant Dulce A. Quezada of Londonderry, New Hampshire.

3.     The Defendant Toyota is One (1) 2006 Toyota Tacoma Crew Cab bearing VIN 5TELU42NX6Z228095, registered to the Claimant Cesar A. Morales of Johnston, Rhode Island.

4.     The Defendant Nissan is One (1) 2006 Nissan Xterra S bearing VIN 5N1AN08W76C513148, registered to the Claimant Dulce A. Quezada of Londonderry, New Hampshire.

5.     The Defendant Firearm is One (1) Rock Island Armory 1911 .45 Caliber semi-automatic pistol bearing serial number 1479960, registered to the Claimant Cesar A. Morales of Johnston, Rhode Island.

6.     The Defendant $10,220.00 in United States currency was seized by law enforcement from the Claimant Elizabeth Morales on November 14, 2017 at 51 King Street, Johnston, Rhode Island.

7.     The Defendant $1,950.00 in United States currency was seized by law enforcement from the Claimant Cesar A. Morales on November 14, 2017 at 51 King Street, Johnston, Rhode Island.

8.     The In Rem Defendants are currently in the custody of the United States Marshal Service and Drug Enforcement Administration.

JURISDICTION AND VENUE

9.     Plaintiff brings this action *in rem* in its own right to forfeit and condemn the In Rem Defendants. This Court has jurisdiction over an action commenced by the United States pursuant to 28 U.S.C. § 1345, and over an action for forfeiture pursuant to 28 U.S.C. § 1355(a).

10.     This Court has *in rem* jurisdiction over the In Rem Defendants under 28 U.S.C. § 1355(b).  Upon the filing of this complaint, the plaintiff requests that the Court issue arrest warrants *in rem* pursuant to Supplemental Rule G(3)(b), which the plaintiff will execute upon the In Rem Defendants pursuant to 18 U.S.C. § 1355(d) and Supplemental Rule G(3)(c).

11.     Venue is proper in this district pursuant to 28 U.S.C. § 1355(b)(1), because the acts or omissions giving rise to the forfeitures occurred in this district.

12.     The Claimant Elizabeth Morales has filed administrative claims of ownership of the following In Rem Defendants: $10,220.00 in United States currency; $1,950.00 in United States currency; the Defendant Cadillac; the Defendant Toyota; and the Defendant Nissan, all of which were seized by law enforcement pursuant to a Federal Search and Seizure Warrant on November 14, 2017.

13.     The Claimant Cesar A. Morales has filed administrative claims of ownership of the following In Rem Defendants: $10,220.00 in United States currency; the Defendant Toyota; and the Defendant Firearm, all of which were seized by law enforcement pursuant to a Federal Search and Seizure Warrant on November 14, 2017.

14.     The Claimant Dulce A. Quezada has filed administrative claims of ownership of the following In Rem Defendants: the Defendant Cadillac; and the Defendant Nissan, both of

which were seized by law enforcement pursuant to a Federal Search and Seizure Warrant on

November 14, 2017.

<u>BASIS FOR FORFEITURE</u>

15.     The Defendant Cadillac and Defendant Toyota are subject to forfeiture pursuant

to 21 U.S.C. § 881(a)(4) because they constitute conveyances which were used, or intended to be

used, to facilitate the transportation, sale, receipt, possession or concealment of a controlled

substance in violation of the Controlled Substances Act, 21 U.S.C. §§ 801 <u>et</u> <u>seq</u>.

16.     The Defendant Firearm is subject to forfeiture pursuant to 18 U.S.C. § 924(d)

because it was knowingly possessed in furtherance of a drug trafficking crime in violation of 21

U.S.C. §§ 841(a)(1), (b)(1)(A), and 846.

17.     The Defendant Cadillac, Defendant Nissan and Defendant Currency are subject to

forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C), which provides for the forfeiture of property

which constitutes or is derived from proceeds traceable to any listed violation of law or any

offense constituting "specified unlawful activity," or a conspiracy to commit such offense, and

21 U.S.C. §§ 881(a)(4) and (a)(6), which provide for the forfeiture of items constituting proceeds

traceable to the exchange of controlled substances in violation of the Controlled Substances Act,

21 U.S.C. § 801 <u>et</u> <u>seq</u>.

<u>BACKGROUND OF INVESTIGATION</u>

18.     Beginning on or about January 2016, agents of the Drug Enforcement

Administration, along with members of the Connecticut State Police and City of New London

Police Department ["Law Enforcement"] commenced an investigation into a Dominican-based

drug trafficking organization responsible for the distribution of multi-kilogram amounts of

narcotics including but not limited to heroin and fentanyl throughout the greater New London area.  It was determined that the Claimant, Elizabeth Morales was the head of this organization.

19.     Utilizing surveillance, controlled purchases of narcotics and federal Title III wire intercepts of suspected members of the drug trafficking organization, Law Enforcement determined that the sources of supply to the drug trafficking organization were based in Attleboro, Massachusetts and Providence, Rhode Island.

20.     As a result of the investigation, on November 14, 2017, Law Enforcement executed 14 federal search and seizure warrants, as well as 10 federal arrest warrants resulting in the arrest of 11 members of the drug trafficking organization.  Three kilograms of heroin/fentanyl, three loaded firearms, five vehicles and $27,972.00 in United States currency were seized.

21.     At the time Claimant Elizabeth Morales was arrested, a search and seizure warrant was executed at her residence in Providence, Rhode Island.  Claimant Cesar A. Morales was present at the time the warrant was executed.  Upon inspection of the residence and property, the following items were located and taken into custody: Defendant $10,220.00 in United States Currency enclosed in a TD Bank bag located in the Morales' master bedroom; Defendant $1,950.00 in United States currency located in Claimant Cesar Morales' wallet, found on top of a nightstand in the master bedroom; and drug ledgers outlining monies owed to the Claimants by ten co-conspirators also arrested that day.

22.     Also seized from outside the Claimants' residence were the Defendant Cadillac, Defendant Toyota, and Defendant Nissan.

23.     The Defendant Cadillac [registered to the Claimant Dulce Quezada as a straw owner] was observed throughout the course of the investigation as having been utilized by the

Claimant Elizabeth Morales to travel to and from her narcotics storage location for purposes of delivery of narcotics to her co-conspirators on no fewer than 20 separate occasions.

24.     The Defendant Toyota [registered to the Claimant Cesar A. Morales] was identified by Law Enforcement as having been utilized by Claimants Elizabeth and Cesar Morales for purposes of conducting narcotics transactions on multiple occasions, including but not limited to October 31, 2017 where Claimant Elizabeth Morales was observed driving the Defendant Toyota to her drug stash location to pick up $22,000.00 in proceeds from a co-conspirator.

25.     The Defendant Nissan (registered to the Claimant Dulce A. Quezada) was seized by Law Enforcement as an item constituting proceeds of unlawful activities because it is believed to have been purchased by the Claimant Elizabeth Morales with drug proceeds from co-conspirators in her drug trafficking organization.  One co-conspirator is known by law enforcement to launder his narcotics profits via the purchase and repair of vehicles which would then be sold at a profit.  The profit would then be utilized to purchase narcotics.  The Defendant Nissan was passed through two co-conspirators and eventually purchased by the Claimant Elizabeth Morales.

26.     On November 14, 2017, Law Enforcement executed a search and seizure warrant at El Chapin Multi-Service, a check cashing business located in Providence, Rhode Island.  This business is owned and operated by the Claimants Elizabeth and Cesar Morales. The Claimants are known by Law Enforcement to utilize this business, as well as El Chapin Restaurant [located as the same address] to conduct narcotics transactions.  The Defendant Firearm [registered to the Claimant Cesar A. Morales] was discovered in the front desk area of the check cashing business and seized as facilitating property due to the narcotics transactions that occurred at the premises.

<u>CLAIMS FOR RELIEF</u>

27.     The Defendant Cadillac and Defendant Toyota were seized by law enforcement on November 14, 2017 because they constitute conveyances believed to have been used, or intended to be used, to facilitate the transportation, sale, receipt, possession, or concealment of a controlled substance in violation of the Controlled Substances Act, 21 U.S.C. § 801 <u>et</u> <u>seq</u>., and is, therefore, subject to forfeiture to the United States of America pursuant to 21 U.S.C. § 881(a)(4).

28.     The Defendant Cadillac, Defendant Nissan and Defendant Currency constitute property or is derived from proceeds traceable to a violation constituting "specified unlawful activity," or a conspiracy to commit such an offense, and are therefore subject to forfeiture to the United States of America pursuant to 18 U.S.C. § 981(a)(1)(C).  In addition, the Defendant Cadillac, Defendant Nissan and Defendant Currency represent proceeds or property traceable to and/or derived from the exchange of controlled substances in violation of the Controlled Substances Act, 21 U.S.C. §§ 801 <u>et</u> <u>seq</u>., and are therefore subject to forfeiture to the United States of America pursuant to 21 U.S.C. §§ 881(a)(4) and 881(a)(6).

29.     The Defendant Firearm was knowingly possessed in furtherance of a drug trafficking crime in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A), and 846, and therefore is subject to forfeiture pursuant to 18 U.S.C. § 924(d).

WHEREFORE, the United States of America prays that Warrants of Arrest In Rem be issued for One (1) 2013 Cadillac SRX bearing VIN 3GYFNGE39DS559742; One (1) 2006 Toyota Tacoma Crew Cab bearing VIN 5TELU42NX6Z228095; One (1) 2006 Nissan Xterra S bearing VIN 5N1AN08W76C513148; $10,220.00 in United States currency; $1,950.00 in United States currency; and One (1) Rock Island Armory 1911 .45 Caliber semi-automatic pistol bearing

serial number 1479960; that due notice be given to all parties to appear and show cause why the

forfeiture should not be decreed; that judgment be entered declaring the In Rem Defendants to be

condemned and forfeited to the United States of America for disposition according to the law;

and that the United States of America is granted such other and further relief as the Court may

deem just and proper, together with the costs and disbursements of this action.

Respectfully submitted,

JOHN H. DURHAM
UNITED STATES ATTORNEY


_____/s/ John B. Hughes_____
JOHN B. HUGHES
ASSISTANT U.S. ATTORNEY
CHIEF, CIVIL DIVISION
157 CHURCH STREET
NEW HAVEN, CT  06510
TELEPHONE:  (203) 821-3700

<u>DECLARATION</u>

I am a Special Agent of the Drug Enforcement Administration, and the agent assigned the responsibility for this case.

I have reviewed the contents of the foregoing Verified Complaint of Forfeiture and the statements contained therein are true to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 30th day of April, 2018.


_____/s/  Keith Warzecha_____
KEITH WARZECHA
SPECIAL AGENT
DRUG ENFORCEMENT ADMINISTRATION